**STATE of Missouri, Plaintiff/Respondent,**

v.

**Antonio KELLY, Defendant/Appellant.**

**No. 73257.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 29, 1998.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before SIMON, P.J., and CRANE, and LARRY E. MOONEY, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of murder in the second degree, in violation of Section 565.021.1(2) RSMo (1994), and one count of endangering the welfare of a child, in violation of Section 568.045 RSMo (1994),

on which he was sentenced to a seventeen year term of imprisonment and a concurrent five year term of imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).